UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Shawn F. Henry, Jennifer R. Henry<br>Debtor<br><br>Fay Servicing, LLC as Servicer for U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 Cottage-TT-V<br>v.<br><br>Shawn F. Henry, Jennifer R. Henry<br>Kenneth E. West - Bankruptcy Trustee<br>Respondents | CASE NO.: 23-11032-djb CHAPTER 13<br><br>Judge: Derek J. Baker |

## CERTIFICATION OF DEFAULT OF MOTION FOR RELIEF FROM AUTOMATIC STAY

FRIEDMAN VARTOLO, LLP, attorneys for Movant, hereby certifies that the above-captioned Debtors have failed to comply with the terms of the Order Approving of the Settlement Stipulation approved by the U.S. Bankruptcy Judge Derek J. Baker on September 05, 2025. A copy of the Approved Stipulation Order is attached hereto as **Exhibit "A".**

Movant certifies that the required Notice of Default required by the Order was sent to Debtors and Debtors' attorney on January 07, 2026 and Debtor has failed to cure the default. A copy of the Notice of Default is attached hereto as **Exhibit "B"**.

In accordance with the terms of said Stipulation agreed to by the parties, the Automatic Stay is hereby lifted as to permit Movant to proceed with their State Court remedies upon Debtors' property.

| | |
|---|---|
| Dated: February 2, 2026 | By: /s/ Lauren M. Moyer<br>Lauren M. Moyer, Esq.<br>**FRIEDMAN VARTOLO LLP**<br>Attorneys for Fay Servicing, LLC as Servicer for U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 Cottage-TT-V<br>1325 Franklin Avenue, Suite 160<br>Garden City, NY 11530<br>T: (212) 471-5100<br>F: (212) 471-5150<br>Bankruptcy@FriedmanVartolo.com |