# Exhibit "B"



*A New York Limited Liability Partnership*

1325 Franklin Avenue, Suite 160, Garden City, NY 11530
T: (212) 471-5100 | F: (212) 471-5150
www.friedmanvartolo.com

January 07, 2026

Brad J. Sadek, Esq.
1500 JFK Boulevard
Ste 220
Philadelphia, PA 19102
*brad@sadeklaw.com*
***VIA E-MAIL AND REGULAR MAIL***

**RE:**   Shawn F. Henry, Jennifer R. Henry
    Bankruptcy Case No. 23-11032-djb

## NOTICE OF DEFAULT

Dear Counselor:

Please be advised, this office represents Fay Servicing, LLC as Servicer for U.S. Bank National Association, not in its individual capacity, but solely as Trustee for RMTP Trust, Series 2021 Cottage-TT-V with regard to the above-referenced matter.

Our client has advised us that payments have not been tendered in accordance with the Conditional Order resolving the Motion for Relief from Stay/Certification of Default, approved by the Court by an Order entered on September 5, 2025 (Doc. No. 67)

This notice is to advise that your client has defaulted on payments required under the terms of the Order and is due for as follows:

Regular Payments (11/02/2025 – 12/01/2025) @ $1,640.21                  $3,280.42

**Total Due and Owing good through December 31, 2025**                 $3,280.42

Payment should be made by bank or certified funds and mailed directly to:

Fay Servicing, LLC
P.O. Box 814609
Dallas, TX 75381-4609

Pursuant to the Stipulation, you now have ten (10) days, from the date of this notice, to cure this default. Failure to cure default may result in the enforcement of our state law rights.

1

Acceptance of partial payments will not constitute a waiver of our client's rights to pursue the default in the event the partial payment is not enough to cure the entire default.

        Yours truly,
        /s/ Lauren M. Moyer
        Lauren M. Moyer, Esquire

cc:

Shawn F. Henry
39 Ridge Road
Aston, PA 19014
Bankruptcy Debtor

Jennifer R. Henry
39 Ridge Road
Aston, PA 19014
Bankruptcy Debtor

Kenneth E. West
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19106
Bankruptcy Trustee

United States Trustee
Robert N.C. Nix Federal Building, 900 Market Street , Suite 320
Philadelphia, PA 19107
United States Trustee

2